```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WARLICH & CO., LLC.,

                      Plaintiff,

    -against-

SAMUEL PRAKAZREL MICHEL, Individually,
and SAMUEL PRAKAZREL MICHEL d/b/A
EXPERIENCE EXPERIENCE,

                  Defendants.
------------------------------------------------------------------X

09CV7172 (VM)(JCF)

**ORDER**

This matter having been brought before the Court by MISIANO SHULMAN CAPETOLA & KESSLER, LLP, counsel for the Plaintiff, WARLICH & CO., LLC., on notice to defendants, SAMUEL PRAKAZREL MICHEL, Individually, and SAMUEL PRAKAZREL MICHEL d/b/a EXPERIENCE EXPERIENCE, and the Court having considered the papers submitted in support of the application and any opposition thereto, oral argument and for other good cause showing:

IT IS on this 29th day of January, 2010,

ORDERED that Plaintiff's motion for entry of default against defendants SAMUEL PRAKAZREL MICHEL, Individually, and SAMUEL PRAKAZREL MICHEL d/b/a EXPERIENCE EXPERIENCE is hereby GRANTED, and it is further

ORDERED, that Plaintiff's motion for default judgment in an amount of $282,240.00 pursuant to F.R.C.P. 55(b)(2) is hereby GRANTED.

                                       Hon. Victor Marrero, U.S.D.J.

SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.
SO ORDERED.
1-29-10
Date        Victor Marrero, U.S.D.J.